UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON WILLIAMS, | NO. CV 06-04955 ODW (SS) |
|         Petitioner, | |
| | **JUDGMENT** |
|     v. | |
| R.K. WONG, Warden, | |
|         Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 9-10-2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE